# Court of Appeals
# of the State of Georgia

ATLANTA,___March 26, 2013___

*The Court of Appeals hereby passes the following order:*

**A13D0282. MOORE'S DISCOUNT FURNITURE, INC. v. WILLIAM BLACK.**

On December 21, 2012, Moore's Discount Furniture, Inc. and its workers' compensation insurer (collectively "Moore's") filed an application for discretionary appeal in this Court, seeking discretionary review of an award of the Appellate Division of the State Board of Workers' Compensation, which granted William Black's claim for workers' compensation benefits. The award had been affirmed by operation of law under OCGA § 34-9-105 (b). We reviewed the merits of the application for discretionary appeal and denied the application on January 22, 2013.

On February 11, 2013, Moore's filed an application for discretionary review of the same award in the Supreme Court. Finding no basis for Supreme Court jurisdiction, the case was subsequently transferred to this Court, and we docketed it on March 14, 2013 as Case No. A13D0282. Moore's, however, is not entitled to file a second appeal of the same award. "It is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000). Because the denial of Moore's previous application for discretionary appeal in this Court was an adjudication on the merits, this appeal is barred by the doctrine of res judicata. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).

This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 03/26/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*